**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

July 17, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **NM** _____
DEPUTY

CORNEL JACKIE DRUMMER,
TDCJ #00619316,

§
§
§

Plaintiff,

§
§
§

SA-23-CV-00389-OLG

v.

§
§
§

ALVIN C. BROWN, Official Capacity,
#2236, S.A.P.D., Criminal Investigator,
Homicide Detective, ET AL.,

§
§
§
§

Defendants.

§

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Cornel Jackie Drummer's 42 U.S.C. § 1983 Amended Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Cornel Jackie Drummer's 42 U.S.C. § 1983 Amended Civil Rights Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is **SO ORDERED**.

SIGNED this ___ day of July, 2023.

_____
ORLANDO L. GARCIA
United States District Judge